**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/22/2015

IN RE:

BRIAN L. FRANK
252 SLEEPY HOLLOW ROAD
PHILIPSBURG, PA 16866
XXX-XX-5329 Debtor(s)

SUSAN R. FRANK
11 WEST BEAVER STREET
PHILIPSBURG, PA 16866
XXX-XX-9012

Case No.11-70410 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 13 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.
2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]
3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record, (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]
4. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]
5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]
6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11

U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan. [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and /or proofs of claim. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice. This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 13 plan, or the order confirming the chapter 13 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan). To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee .

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/22/2015

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SCOTT A DIETTERICK ESQ**** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ZUCKER GOLDBERG & ACKERMAN LLP | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: |
| 200 SHEFFIELD ST STE 101 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MOUNTAINSIDE, NJ 07092 | COMMENT: WELLS FARGO/PRAE | | |

| | | | |
|---|---|---|---|
| **RECOVERY MANAGEMENT SYST CORP** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| FOR GE CAP CONSUMER CARD CO | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: |
| 25 SE 2ND AVE STE 1120 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MIAMI, FL 33132 | COMMENT: LOWES/PRAE | | |

| | | | |
|---|---|---|---|
| **BASS & ASSOCIATES PC*** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 3936 E FT LOWELL STE 200 | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| TUCSON, AZ 85712 | COMMENT: HSBC BK/PRAE | | |

| | | | |
|---|---|---|---|
| **HARLEY DAVIDSON CREDIT CORP*** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: VEHICLE |
| BOX 15129 | Court Claim Number:1-2 | CRED %: 0.00% | ACCOUNT NO.: 6514 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| PALATINE, IL 60055-5129 | COMMENT: SURR/PL*RS*AMD*W/69 | | |

| | | | |
|---|---|---|---|
| **HSBC TAXPAYER FINCL SVCS/FKA** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| HOUSEHOLD TAX MASTERS | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: ..3100 |
| 90 CHRISTIANA RD | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| NEW CASTLE, DE 19720 | COMMENT: HSBC*YAMAHA*SURR/PL | | |

| | | | |
|---|---|---|---|
| **M & T BANK** | Trustee Claim Number:6 | INT %: 6.00% | CRED DESC: VEHICLE |
| 1100 WEHRLE DR | Court Claim Number:10 | CRED %: 100.00% | ACCOUNT NO.: 9791 |
| | CLAIM: 23,159.62 | | MO. PMT.: $447.73 |
| WILLIAMSVILLE, NY 14221 | COMMENT: 23159@6%MDF/PL*W/45*DKT | | |

| | | | |
|---|---|---|---|
| **PA STATE EMPLOYEES CU** | Trustee Claim Number:7 | INT %: 7.49% | CRED DESC: VEHICLE |
| POB 67013 | Court Claim Number:6 | CRED %: 100.00% | ACCOUNT NO.: 5329 L14 |
| | CLAIM: 16,025.00 | | MO. PMT.: $367.04 |
| HARRISBURG, PA 17106-7013 | COMMENT: 347/PL*C6GOV*W/67*DKT | | |

| | | | |
|---|---|---|---|
| **WELLS FARGO HOME MORTGAGE** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| MAC# X2302 04C* | Court Claim Number: | CRED %: 0.00% | ACCOUNT NO.: ..4792 |
| ONE HOME CAMPUS* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DES MOINES, IA 50328-0001 | COMMENT: SURR/PL*NT ADR/SCH*RS | | |

| | | | |
|---|---|---|---|
| **DSO Receipient** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: SUPPORT/ALIMONY ARR. |
| | Court Claim Number: | CRED %: 100.00% | ACCOUNT NO.: ..0487 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| | COMMENT: NO$/SCH*SCH E ERROR*DKT | | |

| | | | |
|---|---|---|---|
| **ABN AMRO MRTG GRP/FKA AMIC++** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..8397 |
| 7159 CORKLAN DR* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| JACKSONVILLE, FL 32258 | COMMENT: NT ADR*NO$/SCH | | |

| | | | |
|---|---|---|---|
| **AMERICAN HOME BANK NA** | Trustee Claim Number:11 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3840 HEMPLAND RD | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..5559 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MOUNTVILLE, PA 17554 | COMMENT: NT ADR*NO$/SCH | | |

| | | | |
|---|---|---|---|
| **AMERICAN EXPRESS** | Trustee Claim Number:12 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| P.O. BOX 7804 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..5063 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| FT. LAUDERDALE, FL 33329 | COMMENT: NO$/SCH*NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **AMERICAN HONDA FINANCE CORP*** | Trustee Claim Number:13 | INT %: 0.00% | CRED DESC: VEHICLE |
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:9 | CRED %: 0.00% | ACCOUNT NO.: 8444 |
| POB 168088 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| IRVING, TX 75016-8088 | COMMENT: SURR/CONF*UNS/SCH-PL*CL=79.04 | | |

| | | | |
|---|---|---|---|
| **~ BAC HOME LOANS SVCNG LP FKA** | Trustee Claim Number:14 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| COUNTRYWIDE HOME LOANS SVCG* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..7799 |
| C/O ARA GALSTYAN -VP BKRPTCY (PERSONAL) | | | |
| 1757 TAPO CANYON RD | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| SIMI VALLEY, CA 93063-3390 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT F** | Trustee Claim Number:15 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:2 | CRED %: 2.00% | ACCOUNT NO.: 6831 |
| | CLAIM: 8,905.72 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: FR FIA*D40*FR CR EVRGRN*D50~FR EAST BAY FUNDING~D52 | | |

| | | | |
|---|---|---|---|
| **BARCLAYS BANK DELAWARE** | Trustee Claim Number:16 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 125 S WEST ST | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..6541 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| WILMINGTON, DE 19801 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **BARCLAYS BANK DELAWARE** | Trustee Claim Number:17 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 125 S WEST ST | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..6525 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| WILMINGTON, DE 19801 | COMMENT: NT ADR*NOP$/SCH | | |

| | | | |
|---|---|---|---|
| **CHASE/JPMORGAN CHASE(*)** | Trustee Claim Number:18 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 17055 *CARDMEMBER SRVCS | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..5898 |
| ATN BKRPTCY TRSTEE PMT PRCSSNG | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| WILMINGTON, DE 19850-7055 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CHLD/CBSD++** | Trustee Claim Number:19 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 5002 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..1010 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| SIOUX FALLS, SD 57117 | COMMENT: NT ADR*NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)** | Trustee Claim Number:20 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..6299 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CHARLOTTE, NC 28272-0923 | COMMENT: NO$/SCH | | |

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)** | Trustee Claim Number:21 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..4871 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CHARLOTTE, NC 28272-0923 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)** | Trustee Claim Number:22 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..3259 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CHARLOTTE, NC 28272-0923 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)** | Trustee Claim Number:23 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..1405 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CHARLOTTE, NC 28272-0923 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)** | Trustee Claim Number:24 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..4964 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CHARLOTTE, NC 28272-0923 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)** | Trustee Claim Number:25 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0132 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CHARLOTTE, NC 28272-0923 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **CNB BANK** | Trustee Claim Number:26 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 42 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0307 |
| 31 S SECOND ST | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CLEARFIELD, PA 16830 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:27 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DB SERVICING CORP | Court Claim Number:4-2 | CRED %: 2.00% | ACCOUNT NO.: 5513 |
| PO BOX 3025 | | | |
| | CLAIM: 9,059.82 | | MO. PMT.: $0.00 |
| NEW ALBANY, OH 43054-3025 | COMMENT: AMD | | |

| | | | |
|---|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:28 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER FINANCIAL SVCS | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..6265 |
| POB 3025 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| NEW ALBANY, OH 43054 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **HARLEY DAVIDSON CREDIT CORP*** | Trustee Claim Number:29 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BOX 15129 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..7474 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| PALATINE, IL 60055-5129 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **FLAGSTAR BANK FSB** | Trustee Claim Number:30 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DEPT | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0812 |
| 5151 CORPORATE DR | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| TROY, MI 48098-2639 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:31 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:12 | CRED %: 2.00% | ACCOUNT NO.: 4163 |
| | CLAIM: 2,273.04 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: LOWES | | |

| | | | |
|---|---|---|---|
| **JCPENNEY CO INC/MONOGRAM*++** | Trustee Claim Number:32 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..1195 |
| POB 533* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DALLAS, TX 75221-9913 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **JCPENNEY CO INC/MONOGRAM*++** | Trustee Claim Number:33 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..3561 |
| POB 533* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DALLAS, TX 75221-9913 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **JCPENNEY CO INC/MONOGRAM*++** | Trustee Claim Number:34 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..1383 |
| POB 533* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DALLAS, TX 75221-9913 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **JCPENNEY CO INC/MONOGRAM*++** | Trustee Claim Number:35 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0153 |
| POB 533* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DALLAS, TX 75221-9913 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **WOLF FURNITURE** | Trustee Claim Number:36 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| 1130 SCALP AVE | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ...3223 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| JOHNSTOWN, PA 15904 | COMMENT: NT ADR*NO$/SCH | | |

| | | | |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT F** | Trustee Claim Number:37 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:3 | CRED %: 2.00% | ACCOUNT NO.: 9263 |
| | CLAIM: 312.21 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: FR HSBC*DOC 57 | | |

| | | | |
|---|---|---|---|
| **HSBC BANK** | Trustee Claim Number:38 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| POB 5253 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..4446 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CAROL STREAM, IL 60197 | COMMENT: NO$/SCH | | |

| | | | |
|---|---|---|---|
| **HSBC BANK** | Trustee Claim Number:39 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| POB 5253 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..1429 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CAROL STREAM, IL 60197 | COMMENT: NT ADR*NO$/SCH | | |

| | | | |
|---|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:40 INT %: 0.00% | | CRED DESC: UNSECURED CREDITOR |
| POB 7247-6971 | Court Claim Number:13 | CRED %: 2.00% | ACCOUNT NO.: 8345 |
| | CLAIM: 210.52 | | MO. PMT.: $0.00 |
| PHILADELPHIA, PA 19170-6971 | COMMENT: BOSCOVS*FR HSBC*D54*FR CAP ONE*D56 | | |

| Creditor | Claim Info | | Details |
|---|---|---|---|
| **BOSCOV'S** | Trustee Claim Number:41 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 4274 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0753 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| READING, PA 19606-0674 | COMMENT: NO$/SCH | | |
| **RETAIL SERVICES YAMAHA** | Trustee Claim Number:42 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 5244 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..2534 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CAROL STREAM, IL 60197-5244 | COMMENT: NT ADR*NO$/SCH | | |
| **JOHN DEERE CREDIT CARD** | Trustee Claim Number:43 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 8402 EXCELSIOR DR | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..6122 |
| POB 5328 | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MADISON, WI 53705-0328 | COMMENT: NO$/SCH | | |
| **KOHL'S** | Trustee Claim Number:44 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 2983 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..4852 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MILWAUKEE, WI 53201-2983 | COMMENT: NO$/SCH | | |
| **M & T BANK** | Trustee Claim Number:45 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1100 WEHRLE DR | Court Claim Number:10 | CRED %: 2.00% | ACCOUNT NO.: 9791 |
| | CLAIM: 297.16 | | MO. PMT.: $0.00 |
| WILLIAMSVILLE, NY 14221 | COMMENT: NO$/SCH*W/6 | | |
| **MANUFACTURERS & TRADERS TRUST** | Trustee Claim Number:46 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DBA/ M & T BANK | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0001 |
| 1 FOUNTAIN PLAZA 4TH FL | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| BUFFALO, NY 14203 | COMMENT: NO$/SCH | | |
| **MANUFACTURERS & TRADERS TRUST** | Trustee Claim Number:47 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DBA/ M & T BANK | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0001 |
| 1 FOUNTAIN PLAZA 4TH FL | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| BUFFALO, NY 14203 | COMMENT: NO$/SCH | | |
| **PA STATE EMPLOYEES CU** | Trustee Claim Number:48 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:5 | CRED %: 2.00% | ACCOUNT NO.: 5329 L9 |
| | CLAIM: 20,210.74 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17106-7013 | COMMENT: 0009/SCH | | |
| **PA STATE EMPLOYEES CU** | Trustee Claim Number:49 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:7 | CRED %: 2.00% | ACCOUNT NO.: 5329 L21 |
| | CLAIM: 8,192.61 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17106-7013 | COMMENT: 0201/SCH | | |
| **PA STATE EMPLOYEES CU** | Trustee Claim Number:50 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:8 | CRED %: 2.00% | ACCOUNT NO.: 5329 L90 |
| | CLAIM: 661.39 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17106-7013 | COMMENT: 0100/SCH | | |

| Creditor | Claim Info | | Details |
|---|---|---|---|
| **PA STATE EMPLOYEES CU** | Trustee Claim Number:51 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 67013 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0100 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17106-7013 | COMMENT: NO$/SCH | | |
| **PA STATE EMPLOYEES CU** | Trustee Claim Number:52 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 67013 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0104 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17106-7013 | COMMENT: NO$/SCH | | |
| **PNC BANK** | Trustee Claim Number:53 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94982 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..8582 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| CLEVELAND, OH 44101 | COMMENT: NO$/SCH | | |
| **RELIANCE SAVINGS BANK** | Trustee Claim Number:54 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 1968 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..0114 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| ALTOONA, PA 16603 | COMMENT: NO$*NT ADR/SCH | | |
| **RELIANCE SAVINGS BANK** | Trustee Claim Number:55 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 1968 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..7993 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| ALTOONA, PA 16603 | COMMENT: NO$*NT ADR/SCH | | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:56 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:11 | CRED %: 2.00% | ACCOUNT NO.: 9778 |
| | CLAIM: 213.00 | | MO. PMT.: $0.00 |
| NORFOLK, VA 23541 | COMMENT: SEARS | | |
| **SEARS/CITI CARD USA*** | Trustee Claim Number:57 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..3641 |
| POB 182149* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| COLUMBUS, OH 43218 | COMMENT: NO$/SCH | | |
| **SEARS/CITI CARD USA*** | Trustee Claim Number:58 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..7397 |
| POB 182149* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| COLUMBUS, OH 43218 | COMMENT: NO$/SCH | | |
| **TARGET/RNB++** | Trustee Claim Number:59 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 59231 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..4568 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| MINNEAPOLIS, MN 55459 | COMMENT: NT ADR*NO$/SCH | | |
| **UNITED REFINING** | Trustee Claim Number:60 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 599 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..2490 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| WARREN, PA 16365-0599 | COMMENT: NO$/SCH | | |

| Creditor | Claim Info | | Description |
|---|---|---|---|
| **US BANK HOME MORTGAGE** | Trustee Claim Number:61 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| AFFIL US BANCORP - POB 20005* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..2404 |
| 4801 FREDERICA ST* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| OWENSBORO, KY 42301 | COMMENT: NO$/SCH | | |
| **US BANK HOME MORTGAGE** | Trustee Claim Number:62 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| AFFIL US BANCORP - POB 20005* | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..3536 |
| 4801 FREDERICA ST* | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| OWENSBORO, KY 42301 | COMMENT: NO$/SCH | | |
| **WAYPOINT BANK/FKA HARRIS SVNGS** | Trustee Claim Number:63 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 1711 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..9737 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17105 | COMMENT: NT ADR*NO$/SCH | | |
| **WAYPOINT BANK/FKA HARRIS SVNGS** | Trustee Claim Number:64 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 1711 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..5942 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17105 | COMMENT: NT ADR*NO$/SCH | | |
| **DELL INC** | Trustee Claim Number:65 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BLDG 1 MS 8052 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..2945 |
| 1 DELL WAY | | | |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| ROUND ROCK, TX 78682 | COMMENT: NO$/SCH | | |
| **WELLS FARGO FINANCIAL** | Trustee Claim Number:66 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 14486 | Court Claim Number: | CRED %: 2.00% | ACCOUNT NO.: ..4648 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| DES MOINES, IA 50306 | COMMENT: NT ADR*NO$/SCH | | |
| **PA STATE EMPLOYEES CU** | Trustee Claim Number:67 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:6 | CRED %: 2.00% | ACCOUNT NO.: 5329 L14 |
| | CLAIM: 2,530.00 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17106-7013 | COMMENT: NO GEN UNS/SCH*W/7 | | |
| **PA STATE EMPLOYEES CU** | Trustee Claim Number:68 | INT %: 0.00% | CRED DESC: VEHICLE |
| POB 67013 | Court Claim Number:6 | CRED %: 0.00% | ACCOUNT NO.: 5329 L14 |
| | CLAIM: 0.00 | | MO. PMT.: $0.00 |
| HARRISBURG, PA 17106-7013 | COMMENT: 694/PL*ARRS=$0*C6GOV | | |
| **HARLEY DAVIDSON CREDIT CORP*** | Trustee Claim Number:69 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BOX 15129 | Court Claim Number:1-2 | CRED %: 2.00% | ACCOUNT NO.: 6514 |
| | CLAIM: 5,534.23 | | MO. PMT.: $0.00 |
| PALATINE, IL 60055-5129 | COMMENT: DEFICIENCY*AMD*W/4 | | |